AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Miguel Ayala, Jose Torres, Ivan Sandoval,
Narciso Sanchez, Jose Arce, Miguel Soto,
Antonio Sandoval Lopez, and Arturo Ortega

V.

2617 Auto Repair, Inc., American Independence
Transportation Co., Chicago Elite Cab Corp.,
and Seven Amigos Used Cars, Inc.

CASE NUMBER:  08CV4039

ASSIGNED JUDGE:  JUDGE MANNING
MAG. JUDGE MASON

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

American Independence Transportation Co.
c/o Aleksandr Igolnikov, Registered Agent
2617 S. Wabash Ave.
Chicago, IL 60616

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc J. Siegel
Caffarelli & Siegel Ltd.
180 N. Stetson Ave., Ste. 3150
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE. When the print dialogue
box appears  be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

--------------------------------------
(By) DEPUTY CLERK

July 17, 2008
--------------------------------------
Date



IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Miguel Ayala, et al.

vs.    2617 Auto Repair, Inc., et al.

Case Number    08 CV 4039

### AFFIDAVIT OF SERVICE

I, John Steele, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 30 day of July, 2008, at 08:39 AM at 2617 S. Wabash Ave., Chicago, IL 60616, did serve the following document(s):

**Summons and Complaint**

Upon:    **American Independence Transportation Co. c/o Aleksandr Igolnikov-Registered Agent**

By:    ☑ Personally serving to:    Aleksandr Igolnikov-Registered Agent

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 2617 S. Wabash Ave., Chicago, IL 60616 on

| Description: | Sex | **Male** | Race | **White** | Approximate Age | **55** |
|---|---|---|---|---|---|---|
| | Height | **6'0** | Weight | **200** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

John Steele
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101