UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIGUEL AYALA, JOSE TORRES, IVAN SANDOVAL, NARCISO SANCHEZ, JOSE ARCE, MIGUEL SOTO, ANTONIO SANDOVAL LOPEZ, ARTURO ORTEGA, RODOLFO CAMPOS, and FRANK SEALS,<br><br>Plaintiffs,<br><br>v.<br><br>2617 AUTO REPAIR, INC., AMERICAN INDEPENDENCE TRANSPORTATION CO., CHICAGO ELITE CAB CORP., and SEVEN AMIGOS USED CARS, INC.,<br><br>Defendants. | No. 08 C 4039<br><br>Judge Manning<br>Magistrate Judge Mason |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 15, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Plaintiffs' Motion for Leave to File Second Amended Complaint, copies of which are attached and hereby served upon you, and which will be brought before the Honorable Judge Manning, or any judge sitting in her stead, in the courtroom usually occupied by her in the U.S. District Courthouse, 219 S. Dearborn Street, Chicago, IL, on the 21st day of August, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard.

August 15, 2008                                                         Respectfully submitted,

Marc J. Siegel, #06238100                                       MIGUEL AYALA et al.
Lorraine T. Peeters, #06290434
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 North Stetson Ste. 3150                                    By:  /s/  Marc J. Siegel
Chicago, IL  60601                                                          Attorney for Plaintiff
Tel. (312) 540-1230
Fax (312) 540-1231

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the attached, **Notice of Plaintiffs' Motion for Leave to File Second Amended Complaint**, to be served upon the party below via U.S. Mail, postage pre-paid, on August 15, 2008.

2617 Auto Repair, Inc.
American Independence Transportation Co.
Chicago Elite Cab Corp.
Seven Amigos Used Cars, Inc.
Chicago Carriage Cab Corp.
Aleksandr Igolnikov
c/o Aleksandr Igolnikov, Registered Agent
2617 S. Wabash Ave.
Chicago, IL 60616

Courtesy copies delivered to chambers of Judge Manning on same day via hand delivery.

/s/ Marc J. Siegel
Attorney for the Plaintiff