U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 08 C 4039

MIGUEL AYALA, JOSE TORRES, IVAN SANDOVAL, NARCISCO SANCHEZ, JOSE ARCE, MIGUEL SOTO, ANTONIO SANDOVAL LOPEZ, ARTURO ORTEGA, RODOLFO CAMPOS, and FRANK SEALS,
                                                            Plaintiffs,

v.

2167 AUTO REPAIR, INC., AMERICAN INDEPENDENCE TRANSPORTATION CO., CHICAGO ELITE CAB CORP., and SEVEN AMIGOS USED CARS, INC.,
                                                            Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

2617 Auto Repair, Inc., American Independence Transportation Co., Chicago Elite Cab Corp., and Seven Amigos Used Cars, Inc.

| NAME: (Type or Print) |
| --- |
| Lindsy A. Wilkerson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Lindsy A. Wilkerson |
| FIRM: Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd. |
| STREET ADDRESS: 515 North State Street, Suite 2800 |
| CITY/STATE/ZIP: Chicago, Illinois 60610 |

| ID NUMBER: 6281337 | TELEPHONE NUMBER: 312/467-9800 |
| --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ■ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ■ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ■ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐           APPOINTED COUNSEL ☐ | |

Document ID: 481258.1    8/19/2008 4:07:53 PM