**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Miguel Ayala, et al.
                         Plaintiff,

v.                                                      Case No.: 1:08–cv–04039
                                                       Honorable Blanche M. Manning

2617 Auto Repair, Inc., et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

     MINUTE entry before the Honorable Blanche M. Manning: Plaintiffs' Motion for leave to file second amended complaint [12] is referred to Magistrate Judge Mason. Status hearing set for 8/28/2008 is stricken and reset to 9/23/2008 at 11:00 A.M. No appearance is necessary on 8/21/2008. Mailed and telephoned notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.