UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Miguel Ayala, et al.
                            Plaintiff,

v.                                                     Case No.: 1:08–cv–04039
                                                           Honorable Blanche M. Manning

2617 Auto Repair, Inc., et al.
                            Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Michael T. Mason for the purpose of holding proceedings related to: Plaintiffs' motion for leave to file second amended complaint [12]. Mailed and telephoned notice by judge's staff.(srb,)

Dated: August 26, 2008

                                                                                   /s/ Blanche M. Manning

                                                                          United States District Judge