# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4039 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Miguel Ayala et al vs. 2617 Auto Repair, Inc. et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file a second amended complaint [12] is granted. Plaintiff's counsel is to electronically file the second amended complaint and issue summons as to the newly named defendants. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge. Magistrate Judge Mason no longer assigned to this case.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | rbf |
|---|---|---|